IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JAMES J. KAUFMAN,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

12-cv-87-bbc

GARY H. HAMBLIN,
KATHRYN ANDERSON,
KATHERINE NAGLE, DAVID L. WHITE,
EILEEN CLEAVER,
DR. ROBERT DE YOUNG,
DANIELLE LA COST and
AMY E. GLEISNER,

    Defendants.

---

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered denying plaintiff leave to proceed and dismissing this case.

_____       9/19/12
Peter Oppeneer, Clerk of Court      Date