IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JAMES J. KAUFMAN,

  Plaintiff,        JUDGMENT IN A CIVIL CASE

v.               12-cv-87-bbc

GARY H. HAMBLIN,
KATHRYN ANDERSON,
KATHERINE NAGLE, DAVID L. WHITE,
EILEEN CLEAVER,
DR. ROBERT DE YOUNG,
DANIELLE LA COST and
AMY E. GLEISNER,

  Defendants.

---

  This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

  IT IS ORDERED AND ADJUDGED that judgment is entered denying plaintiff leave to proceed and dismissing this case.

  _Peter Oppeneer_      9/19/12
  Peter Oppeneer, Clerk of Court    Date